MN-305

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: Mark W. Mueller-Dahl and Julia J. Mueller-Dahl
Chapter 7 Case No. 09-33499

Please Check One:
☒ Unclaimed Dividends
☐ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | 6 | 3904.62 | 15.74 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | 7 | 13188.27 | 53.17 |
| Total | | | 68.91 |

Date: May 4, 2011

_____
Trustee